IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CARLINA

| | |
|---|---|
| John M. Miller, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Leon Visintainer, P.I. Mgr.,/M.C.I., )<br>)<br>Defendant. )<br>_____) | C/A No. 6:07-1736-MBS<br><br><br><br>**O R D E R** |

Plaintiff John M. Miller is an inmate in custody of the South Carolina Department of Corrections who currently is housed at the Kershaw Correctional Institution (KCI) in Kershaw, South Carolina. At the time of the underlying events, Plaintiff was housed at the McCormick Correctional Institution in McCormick, South Carolina.

Plaintiff, appearing pro se, filed a complaint on June 21, 2007, alleging that he had been wrongfully terminated from his job at KCI and seeking back paid wages since February 26, 1999. Plaintiff brings this action pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge William M. Catoe for pretrial handling. The Magistrate Judge reviewed the complaint pursuant to the provisions of 28 U.S.C. §§ 1915 and 1915A and the Prison Litigation Reform Act. On July 13, 2007, the Magistrate Judge filed a Report and Recommendation in which he recommended that the complaint be dismissed for failure to state a claim against Defendant. Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo

determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record. The court adopts the Report and Recommendation and incorporates it herein by reference. The complaint is dismissed without prejudice and without issuance and service as process.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

August 16, 2007

### NOTICE OF RIGHT TO APPEAL

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**